NEW BRUNSWICK MOTOR TRUST SALES, INCORPORATED, APPELLANT, v. HARRY W. SCOTT, RESPONDENT.

Submitted May 31, 1935—Decided October 9, 1935.

For the appellant, *Richard M. Glassner.*

For the respondent, *Harry Levin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 13.

*For reversal*—None.